United States District Court
Northern District of Indiana
Hammond Division

| | |
|---|---|
| RAFAELA RUIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:06-CV-130 JVB |
| ) | |
| THE TRUSTEES OF PURDUE ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM ORDER**

On February 20, 2008 Magistrate Judge Paul R. Cherry filed and served on the parties his Report and Recommendation on Defendant's Motion for Summary Judgment. Judge Cherry recommended that this Court grant Defendant's Motion. In his Report and Recommendation he advised the parties that they had ten days from the date of service within which to file objections and noted that the failure to file a timely objection would result in waiver of the right to challenge the Recommendation before both the District Court and the Court of Appeals. *Willis v. Caterpillar, Inc.,* 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leninger*, 15 F.3d 664, 668 (7th Cir. 1994; *The Provident Bank v. Manor Steel Corp.,* 882 F.2d 258, 260-261 (7th Cir. 1989).

Plaintiff requested and received an extension of time to March 14, 2008, within which to file objections. To date, Plaintiff has filed no objections to the Report and Recommendation. Accordingly, this Court adopts Judge Cherry's recommendations and **GRANTS** Defendant's Motion for Summary Judgment.

SO ORDERED on March 26, 2008.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge